**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 21-CR-20141-HUCK/BECERRA**

**UNITED STATES OF AMERICA**,

v.

**TESHAWN ADAMS,**

    Defendant.

_____/

**ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY**

    **THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 102], which was entered on June 15, 2021. In the R&R, Judge Becerra found that Defendant Teshawn Adams ("Defendant") freely and voluntarily entered a plea of guilty as to Count II of the Indictment, which charges Defendant with violation of Title 21 U.S.C. § 841(a)(1).

    Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count II, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

    **ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; and (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count II of the Indictment. A sentencing hearing before the Honorable Paul C. Huck is hereby set for **Friday, October 8, 2021 at 2:00 PM**.

    **DONE AND ORDERED** in Miami, Florida on July 30, 2021.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record